In the Matter of the Application of JOHN MIRRO and LIBERATO MIRRO and Cross-Application of KISSENA PARK CORP. for Payment of Part of the Award Made for Damage Parcel No. 30 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Thirteenth Street from Twelfth Street to Fillmore Avenue in the Borough of Queens, City of New York. JOHN MIRRO and LIBERATO MIRRO, Appellants; KISSENA PARK CORP., Respondent.— In the matter of conflicting claims to a portion of an award for property taken by the city, order determining, among other things, that the cross-petitioner is entitled to the award by assignment, affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of CARL MONTELIN, Also Known as CARL A. MONTELIN, Late of the County of Queens, Deceased. WILLIAM WEBB EZEQUELLE, as Executor Named in Last Will and Testament of CARL MONTELIN, etc., Deceased, Respondent; EMANUEL ROSENSTEIN, Appellant.— Decree of the Surrogate's Court of Queens county, as resettled, unanimously affirmed, with costs to respondent, payable by appellant personally. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.